```
                  UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        Alexandria Division
```

|  |  |  |
|---|---|---|
| CHRISTINE MICHELLE DUROSE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:12cv1137 |
| PETROLEUM RECOVERY AND REMEDIATION MANAGEMENT, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM OPINION

This matter came before the Court on Plaintiffs' Motion to Compel Amended Answers to Plaintiffs' Requests for Admission or to Deem the Requests for Admission Admitted (Dkt. 41).

Upon review of the pleadings the Court finds that, pursuant to Fed. R. Civ. P. 36, there is no reason why the information available to the defendants is insufficient for them to be able to admit or deny Requests for Admission 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 23, 24, 25, 26, and 36. Defendants have now admitted Requests for Admission 41 and 42 and they are now moot. The Court further finds that defendants' responses to Requests for Admissions 37, 39, 40 and 43, as amended, are sufficient.

An appropriate order shall issue.

ENTERED this 25th day of January, 2013.

                                      /s/
                          THERESA CARROLL BUCHANAN
                          UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia